ORIGINAL

RECEIVED
SEP 29 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
BEN B. FLOYD, TRUSTEE OF THE BANKRUPTCY ESTATE OF GOLD LINE REFINING, LTD.

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Ronald H. Uscher

Firm Name: Bastianelli, Brown & Kelley, Chtd.

03-2245C

Post Office Box:

Street Address: 1133 21st Street, N.W., Suite 500

City-State-Zip: Washington, D.C. 20036

Telephone & Facsimile Numbers: (202) 293-8815 (phone) (202) 293-7994 (fax)

E-mail address: uscher@govconlaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 1 6

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: D O D

**See attached Sheet for three digit code.**

Amount Claimed: $ 24,649,316

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003