ORIGINAL

ECF

UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 29 2003
U.S. COURT OF FEDERAL CLAIMS

BEN B. FLOYD, TRUSTEE
of the Bankruptcy Estate of
Gold Line Refining, Ltd.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-2245C

## NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2, Plaintiff, Ben B. Floyd, Trustee, hereby notifies the Court that this case is directly related to a case already pending before the Court of Federal Claims. The directly related case is *Gold Line Refining, Ltd. v. United States*, Case No. 98-543C (Judge Emily C. Hewitt). The cases are directly related because they involve the same parties and are based on the same or similar claims. RCFC 40.2(a)(1)(A).

Respectfully submitted,

Ronald H. Uscher
Bastianelli, Brown & Kelley, Chtd.
Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 293-8815
(202) 293-7994 (fax)

Counsel for Ben B. Floyd, Trustee of the
Bankruptcy Estate of Gold Line Refining, Ltd.

Dated: September 29, 2003

M:\flyd\002\Notice of Directly Related Case