IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN B. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Ltd., Plaintiff, | ) | No. 03-2245 C (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests an enlargement of time of nine days, from December 1, 2003 to and including December 10, 2003, to respond to the complaint. This is our first request for this purpose. Ronald H. Uscher, counsel for plaintiff, states that plaintiff does not oppose this motion.

The affected agency has reviewed the allegations in the complaint and furnished information from which a response can be prepared. However, since receiving the complaint, defendant's counsel has been required to devote a significant portion of his time to this and other matters pending in this Court, and the Court of Appeals for the Federal Circuit, and could not complete a formal written response. These matters include, among others: preparing a memorandum for the Solicitor General concerning petitions for interlocutory appeal, and the filing concerning those petitions in Tesoro HI Corp. v. United States, No. 02-704C (Fed. Cl.), and Hermes Consolidated, Inc. v. United States, No. 02-1460C (Fed. Cl.); preparing briefs in Kern Oil & Refining Co. v. United States, No. 03-1623C (Fed. Cl.), Placid Holding Co. v. United States, No. 03-1216C (Fed. Cl.), Atofina Petrochemicals, Inc. v. United States, No. 03-538C (Fed. Cl.), and Briggs v. United States, No. 01-552C (Fed. Cl.); and preparing for and

participating in oral arguments and hearings in Christopher Village v. United States, No. 03-5001 (Fed. Cir.), Calcasieu Refining Co. v. United States, No. 02-1219C (Fed. Cl.), Williams AK Petroleum, Inc. v. United States, No. 02-705C (Fed. Cl.), and Valero Refining-Texas, L.P. v. United States, No. 03-1916C (Fed. Cl.); and conducting discovery for a week in Christofferson v. United States, No. 01-495C (Fed. Cl.)

Within the next week, in addition to completing our response in this case, defendant's counsel is scheduled to respond to a motion in Christofferson; prepare for one week of depositions in that case (commencing December 8, 2003); and prepare for and defend two days of depositions in La Gloria Oil & Gas Co. v. United States, No. 02-465C (Fed. Cl.).

For these reasons, defendant respectfully requests an enlargement of time of nine days, from December 1, 2003, to and including December 10, 2003, within which to respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Steven Gillingham
by Kyle Chadwick

STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

DONALD S. TRACY
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

December 1, 2003

CERTIFICATE OF FILING

I hereby certify that on December 1, 2003, a copy of the foregoing "DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kyle Chadwick