# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: December 3, 2003)

| | |
|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Defendant's Unopposed Motion for Enlargement of Time within which to respond to the complaint. Defendant requests a 9-day enlargement of time, specifically from December 1, 2003 to and including December 10, 2003. Based on the representations contained therein, defendant's motion is GRANTED.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge