# In the United States Court of Federal Claims

No. 03-2245 C

(E-Filed: December 8, 2003)

BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Before the court is Defendant's Motion to Consolidate and the responsive briefing thereto. Based upon the court's consideration of the briefing and further to the telephonic status conference held in this matter on December 5, 2003, the court orders the following:

1. In view of the preliminary stages of litigation in this case and the maturity of the litigation in the related action, Gold Line Refining, Ltd. v. United States, case no. 98-543 C, as well as single product, narrow time frame, and limited affirmative defenses involved in the Gold Line case, the court does not believe that consolidation of the two cases will enhance the efficiency of litigation of either case. See Rule 1 of the Rules of the Court of Federal Claims (RCFC) (stating that the RCFC "shall be construed . . . to secure the just, speedy, and inexpensive determination of every action"). Defendant's Motion to Consolidate is DENIED.

2. The parties shall agree upon and propose three mutually agreeable dates and times during the week of December 15, 2003 for a telephonic status conference in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge