# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: December 19, 2003)

| | |
|---|---|
| | ) |
| BEN E. FLOYD, TRUSTEE of the Bankruptcy | ) |
| Estate of Gold Line Refining,. Ltd. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

Further to the telephonic status conference held in this matter and by agreement of the parties, the parties shall file their joint preliminary status report on or before January 12, 2004.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge