IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN B. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Ltd., | ) | |
| Plaintiff, | ) | No. 03-2245 C (Judge Hewitt) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER**

Defendant respectfully responds to the Court's show cause order, in which the Court ordered the parties to show cause why this matter should not be stayed pending the decision in Tesoro Hawaii Corporation v. United States, No. 04-5064 (Fed. Cir.).

Defendant believes that the case should be stayed, because the questions at issue in Tesoro also are at issue in this case. In fact, a decision in the Government's favor on any one of the three principal issues (waiver, legality, and deviations) would lead to the dismissal of some or all of the counts in this case. Based upon this same logic, other judges of this Court already have stayed similar cases. E.g., Williams v. United States, No. 02-705C (Fed. Cl.), Kern v. United States, No. 03-1623C (Fed. Cl.), Giant v. United States, No. 03-291C (Fed. Cl.), Calcasieu v. United States, No. 02-1219C (Fed. Cl.), Valero v. United States, No. 03-1916C (Fed. Cl.), Sinclair v. United States, No. 02-464C (Fed. Cl.), El Paso v. United States, No. 02-1094C (Fed. Cl.).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, 8th Floor
Washington, D.C. 20530
Tele: (202) 616-2311
Fax: (202) 353-7988

Attorneys for Defendant

OF COUNSEL:

BERNARD A. DUVAL
Counsel

DONALD S. TRACY
Assistant Counsel
Office of General Counsel
Defense Energy Support Center
Ft. Belvoir, VA

March 9, 2004

CERTIFICATE OF FILING

I hereby certify that on March 9, 2004, a copy of the foregoing "DEFENDANT'S RESPONSE TO SHOW CAUSE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham