# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: March 22, 2004)

BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the court's Show Cause Order dated February 20, 2004, the parties have responded. Defendant states that this matter should be stayed pending the Federal Circuit's consideration of the interlocutory appeals of Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003),[1] cases involving legal issues substantially similar to those presented in plaintiff's complaint in this matter. Defendant's Response to Show Cause Order at 1. Plaintiff, however, argues that "[t]here is only a potential of judicial economy if a stay is granted." Plaintiff's Response to Show Cause Order (Floyd's Resp.) at 6. Plaintiff urges the court to deny the motion to stay "considering the greater potential for delay without benefit." Id. The court has carefully considered plaintiff's arguments and finds them unpersuasive.

Accordingly, this case is STAYED pending the Federal Circuit's consideration of the interlocutory appeals in Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003). On or before fourteen days after the issuance of the Federal Circuit's decision, the parties shall file a joint status report with the court proposing further proceedings in this matter.

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge