# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: May 13, 2005)

BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On April 26, 2005, the Court of Appeals for the Federal Circuit issued an opinion on the consolidated interlocutory appeals of the cases Tesoro Hawaii Corporation v. United States, 58 Fed. Cl. 65 (2003) (Tesoro) and Hermes Consolidated, Incorporated v. United States, 58 Fed. Cl. 409 (2003) (Hermes).[1] See Tesoro Hawaii Corporation v. United States, No. 04-5064, 2005 WL 949074 (Fed. Cir. Apr. 26, 2005). Because Tesoro and Hermes involved "controlling issues" similar to those presented in plaintiff's complaint in this matter, additional proceedings in this case were stayed pending the appeal. By Order dated March 22, 2004, the court directed the parties to "file a joint status report with the court proposing further proceedings in this matter" within fourteen days of the issuance of the Federal Circuit's decision. See Order of 3/22/04. The fourteen day period of time has elapsed. The parties are directed to file the joint status report on or before May 20, 2005.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

[1]The cases are consolidated on appeal under CAFC Case No. 04-5064.