IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN E. FLOYD,<br>Trustee of the Bankruptcy LTD.,<br>Estate of Gold Line Refining, Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 03-2245C<br>(Judge Hewitt) |

JOINT STATUS REPORT AND JOINT REQUEST TO CONTINUE SUSPENSION

Pursuant to the Court's order of March 22, 2004, the parties respectfully submit this joint status report.

On April 26, 2005, the United States Court of Appeals for the Federal Circuit issued its decision in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064 (Fed. Cir. April 26, 2005). Counsel for Tesoro has indicated that a petition for the court of appeals to rehear Tesoro will be filed. Pursuant to Fed. R. App. P. 35(c) and 40(a)(1), a petition for rehearing must be filed within 45 days after entry of judgment.

By its March 22, 2004 order, the Court suspended proceedings in this case pending the decision by the court of appeals in Tesoro, and ordered that after the issuance of the Tesoro decision, the parties were to propose further proceedings in this case. Because counsel for Tesoro has indicated that a request will be made for the court of appeals to rehear Tesoro, the parties in this case respectfully request the Court to continue the suspension of proceedings in this case until any proceedings in connection with a petition for rehearing have been concluded. The parties respectfully propose to file another status report, proposing further proceedings in this case, within 14 days after the conclusion of any rehearing proceedings, or if no petition for

rehearing is filed, within 14 days after the time to file a petition for rehearing has expired.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Bastianelli, Brown, Touhey
& Kelley, Chtd.

Two Lafayette Centre
1133 21st Street, N.W.
Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994
Facsimile: (202) 353-7988

Attorney for Plaintiff

Dated: May 19, 2005

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Senior Trial Counsel
KYLE CHADWICK
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 616-2311

Attorneys for Defendant

Dated: May 19, 2005

CERTIFICATE OF FILING

I certify, under penalty of perjury, that on this, the 19th day of May, 2005, a copy of the foregoing, " Joint Status Report and Joint Request To Continue Stay" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Steven J. Gillingham