IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Ltd., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2245 C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO CONTINUE SUSPENSION

Pursuant to Rule 7 of the Rules of the United States Court of Federal Claims, the parties hereby move the Court to continue the suspension of the proceedings in this case.

By Order dated March 22, 2004, the Court suspended the proceedings in this case pending a decision by the Court of Appeals in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064. On April 26, 2005, the United States Court of Appeals for the Federal Circuit issued its decision in Tesoro Hawaii Corporation et al. v. United States, 405 F.3d 1339 (Fed. Cir. 2005). A petition for rehearing was filed and subsequently denied on August 22, 2005. Tesoro Hawaii Corporation et al. v. United States, No. 04-5064, 2005 U.S. App. LEXIS 19620 (Fed. Cir. Aug. 22, 2005).

In its March 22, 2004 Order, the Court ordered that after the issuance of the Tesoro decision, the parties were to propose further proceedings in this case. Counsel for Tesoro has advised that he is not in a position to make any representations concerning a petition for *writ of certiorari* to the Supreme Court in Tesoro. Accordingly,

the parties in this case respectfully request the Court to continue the suspension of proceedings in this case until any proceedings in connection with a petition for a w*rit of certiorari* are concluded. The parties respectfully propose to file a status report, proposing further proceedings in this case, within 14 days after the conclusion of any proceedings for a petition for a *writ of certiorari*, or if no petition is filed, within 14 days after the time to file a petition for a *writ of certiorari* has expired.

WHEREFORE, the parties respectfully request that the Court continue the suspension of the proceedings in this case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Ronald H. Uscher
RONALD H. USCHER
Peckar, Abramson, Bastianelli
& Kelley
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: October 7, 2005

s/ Steven J. Gillingham.
Senior Trial Counsel
KYLE CHADWICK, Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

Date: October 7, 2005

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 7th day of October, 2005, a copy of the foregoing, "Joint Motion to Continue Suspension" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher

m:/FLYD/002/10-6.doc