IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Ltd., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-2245 C (Judge Hewitt) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

UNOPPOSED MOTION TO STAY PROCEEDINGS

Plaintiff, Ben E. Floyd, hereby moves to stay all proceedings in this case, and for grounds states:

Background

By Order dated March 22, 2004, the Court suspended the proceedings in this case pending a decision by the United States Court of Appeals for the Federal Circuit in Tesoro Hawaii Corporation et al. v. United States, No. 04-5064. On April 26, 2005, the Court of Appeals issued its decision. Tesoro Hawaii Corporation et al. v. United States, 405 F.3d 1339 (Fed. Cir. 2005). A petition for rehearing was filed and subsequently denied on August 22, 2005. Tesoro Hawaii Corporation et al. v. United States, No. 04-5064, 2005 U.S. App. LEXIS 19620 (Fed. Cir. Aug. 22, 2005).

In its March 22, 2004 Order in the instant case, the Court had ordered that, after the eventual issuance of the Federal Circuit's decision in Tesoro, the parties were to propose further proceedings in this case. In the parties' Joint Motion to Continue Suspension filed October 7, 2005, the parties proposed to file a status report within 14 days after the conclusion of any proceedings in Tesoro for a *writ of certiorari* or, if no

petition is filed, within 14 days after the time to file for a *writ of certiorari* expires.

The time for filing a petition for a *writ of certiorari* in Tesoro has now expired without such a filing. It is the understanding of undersigned counsel that the Tesoro litigation will now return to this Court for resolution of the merits of the remaining causes of action.

Motion

The Plaintiff moves the Court to continue the suspension of proceedings in this case until the merits of the remaining counts in either Tesoro Hawaii Corp. and Tesoro Alaska Company v. United States, No. 02-704 C ("Tesoro Hawaii) or Hermes Consol., Inc. v. United States, No. 02-1460 ("Hermes")[1] are litigated. Because the legal issues in Tesoro Hawaii and Hermes are substantially identical to those in the instant case, judicial economy would be served by avoiding repetitious pleadings, discovery and potential motions.[2] Because of this identity of issues, the parties acknowledge that the outcome in Tesoro Hawaii or Hermes, whichever concludes first, is almost certain to dictate the parties' actions in this case. Rather than litigate the same issues on two

1 These two cases were consolidated on appeal by the Federal Circuit in the Tesoro appeal, but are before this Court separately.

2 Undersigned counsel for the parties are also the counsel in *Atofina Petrochemicals, Inc. v. United States*, No. 03-538 C, (Judge G.W. Miller) and *Giant Industries, Inc., et al. v. United States,* No. 03-291 C, (Judge G.W. Miller), two other cases involving these same issues currently before Judge G.W. Miller. During a status conference on November 30, 2005, the parties requested a stay of proceedings in those two cases pending resolution of one of two other identical jet fuel cases assigned to Judge G.W. Miller: (a) *Berry Petroleum Co., v. United States*, No. 02-1462 C and (b) *Gary-Williams Energy Corp v. United States*, No. 03-2106 C. Judge Miller issued an order granting the stay on December 2, 2005. In a similar development, on November 15, 2005, Chief Judge Damich entered an order staying *Shell Oil Company v. United States*, No. 04-1240 pending resolution of either of *Sunoco, Inc. v. United States,* No. 02-466 or *Chevron U.S.A., Inc. v. United States*, No. 03-288.

parallel tracks, the resources of the Court and the parties would be saved by litigating one case fully before deciding what actions, if any, should be taken on the instant case. Tesoro Hawaii and Hermes are the best candidates for the “test case” because they are the most developed.

WHEREFORE, on behalf of the parties, Plaintiff respectfully moves that the Court stay all proceedings in this case pending the resolution, including any appeals, of the earlier of Tesoro Hawaii Corp. and Tesoro Alaska Company v. United States, No. 02-704 C or Hermes Consol., Inc. v. United States, No. 02-1460.

Defendant’s counsel has read this Motion and concurs.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Steven J. Gillingham
Senior Trial Counsel
KYLE CHADWICK, Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Telephone: (202) 616-2311
Facsimile: (202) 353-7988

Attorneys for Defendant

Date: December 5, 2005

s/ Ronald H. Uscher
RONALD H. USCHER
Peckar, Abramson, Bastianelli
& Kelley, LLP
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff

Date: December 5, 2005

CERTIFICATE OF FILING

I certify under penalty of perjury that on this 5th day of December, 2005, a copy of the foregoing, "Unopposed Motion to Stay Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Ronald H. Uscher

m:/FLYD/002/12-5.doc