# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: December 6, 2005)

BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

Further to the court's order dated May 25, 2005, the parties report that the time for filing a petition for a writ of certiorari in the case of Tesoro Hawaii Corp. v. United States, 405 F.3d 1339 (Fed. Cir. Apr. 26, 2005), reh'g and reh'g en banc denied (Aug. 22, 2005), has elapsed and that no petition has been filed. Unopposed Motion to Stay Proceedings at 1-2. In its Unopposed Motion to Stay Proceedings (Motion), plaintiff moves for a continuance of the stay in this case "until the merits of the remaining counts in either [Tesoro Hawaii, No. 02-704 C, or Hermes Consolidated, Inc. v. United States, No. 02-1460 C,] are litigated [in this court]." Motion at 2. Plaintiffs assert that "[b]ecause the legal issues in Tesoro Hawaii and Hermes are substantially identical to those in the instant case, judicial economy would be served by avoiding repetitious pleadings, discovery and potential motions." Id. (footnote omitted). Based on the representation contained therein, the court GRANTS the unopposed motion to continue the stay of proceedings in this case pending the conclusion of proceedings in Tesoro Hawaii or Hermes. The parties are directed to file a joint status report with the court proposing further proceedings in this matter within fourteen days after the conclusion of proceedings in either Tesoro Hawaii or Hermes.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge