IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2245C<br>(Judge Hewitt) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the March 22, 2004 Order of the Court, Plaintiff, BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc. respectfully submits this Status Report. Counsel for the United States has read and concurs in this report.

The parties respectfully advise the Court that on September 21, 2007, the Unites States Court of Appeals for the Federal Circuit issued its decision in *ConocoPhillips v. United States*, No. 2007-5005, 2007, 501 F.3d 1374 (Fed Cir. Sept. 21, 2007) affirming the U.S. Court of Federal Claims' dismissal of select ConocoPhillips claims. Further, on September 28, 2007 the US Court of Appeals for the Federal Circuit issued its ruling in *Tesoro Hawaii Corp. v. United States*, No. 2007-5022 , 2007 WL 2818640 (Fed. Cir. Sept. 28, 2007) also the affirming U.S. Court of Federal Claims' dismissal of select Tesoro claims.

Accordingly, and in view of the above rulings, Plaintiff is considering settlement of the instant litigation and expects to reach a decision by January 21, 2008.

Respectfully submitted,

s/ Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff,
BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc.

December 21, 2007