# In the United States Court of Federal Claims

No. 03-2245 C
(E-Filed: February 1, 2008)

| | |
|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining,. Ltd. | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Status Report, which was submitted with the concurrence of defendant. Further to the representations therein, the parties shall, if the case has not been dismissed, file a Joint Status Report on or before Monday, March 31, 2008.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge