IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2245C<br>(Judge Hewitt) |

**<u>PLAINTIFF'S STATUS REPORT</u>**

Pursuant to the February 1, 2008 Order of the Court, Plaintiff, BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc. respectfully submits this Status Report. Counsel for the United States has read and concurs in this report.

Plaintiff decided to settle and dismiss the instant litigation. Plaintiff is seeking authorization from the bankruptcy court to do so. Plaintiff expects to receive approval from the bankruptcy court within forty-five days.

Respectfully submitted,

s/ Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff,
BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc.

March 31, 2008

242542