IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 03-2245C<br>(Judge Hewitt) |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the February 1, 2008 Order of the Court, Plaintiff, BEN E. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Inc. respectfully submits this Status Report. Counsel for the United States has read and concurs in this report.

Plaintiff decided to settle and dismiss the instant litigation. On June 16, 2008 the US Bankruptcy Court for the Southern District of Texas granted the trustee's Motion to Compromise the instant litigation. The trustee signed the proposed settlement agreement on June 25, 2008. On June 27th the proposed settlement agreement was submitted to Counsel for the United States for approval. The parties expect to stipulate dismissal following any fully executed settlement agreement.

Respectfully submitted,

s/ Ronald H. Uscher

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21st Street, N.W., Suite 500
Washington, D.C. 20036
Telephone: (202) 293-8815
Facsimile: (202) 293-7994

Attorney for Plaintiff,
BEN E. FLOYD, TRUSTEE of the
Bankruptcy Estate of Gold Line Refining,
Inc.

July 1, 2008

242542