IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| BEN B. FLOYD, TRUSTEE of the Bankruptcy Estate of Gold Line Refining, Ltd.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 03-2245 C<br>(Judge Hewitt) |

**JOINT STIPULATION FOR DISMISSAL**

Pursuant to RCFC 41(a)(1)(ii), Plaintiff, Ben B. Floyd, Trustee of the Bankruptcy Estate of Gold Line Refining, Ltd., and Defendant, the United States, jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

RONALD H. USCHER
Peckar & Abramson, P.C.
Two Lafayette Centre
1133 21 Street, N.W., Suite 500
Washington, DC 20036
Tel: (202) 293-8815

Attorney for Plaintiff

Date: 6/23/08

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director and Authorized Representative
of the Attorney General

STEVEN J. GILLINGHAM
Assistant Director
Attn: Classification Unit
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, 8th Floor
Washington, D.C. 20530
Tel: 202-616-2311
Fax: 202-353-7988

242946 v1

*Of Counsel:*

HOWARD M. KAUFER
Assistant Counsel
Defense Energy Support Center

DONALD S. TRACY
Aviation Supply Chain Counsel
Defense Supply Center Richmond

Attorneys for the United States

Dated: JUL 10 2008